UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:03-CR-29 |
| | ) | | (VARLAN/SHIRLEY) |
| MAURICE EDWARD HUGHLEY, | ) | | |
| | ) | | |
| Defendant. | ) | | |

**MEMORANDUM AND ORDER**

This matter is before the Court on the following appeals, some of which are titled as motions, filed by the *pro se* defendant[1] relating to various Memorandum and Orders issued by Magistrate Judge C. Clifford Shirley, Jr.:

(1) "Motion to Appeal Magistrative Judge Memorandum and Order of Dockets #38, #57, #93/ to Judge Thomas Phillips" [Doc. 211], which relates to Memorandum and Order [Doc. 189];

(2) "Motion to Appeal Magistrative Judge Shirley's Deny of Resuer [sic "Recusal"] of Judges to Chief Judge of the United States District Court at Knoxville /and or Judge Thomas Phillips pursuant to Title 28 U.S.C.A. Sections 455, 144" [Doc. 214], which relates to Memorandum and Order [Doc. 198];

---

[1] Because of the numerous grammatical and spelling errors contained in the pleadings filed by defendant, the Court will not indicate each and every mistake with the notation "[sic]" but will only do so when it is deemed necessary.

(3) "Motion to Appeal and Objected to Memorandum and Order by Magistrative Judge to United States District Judge of Docket #187" [Doc. 233], which relates to Memorandum and Order [Doc. 199];

(4) "Motion to Appeal to Object of Magistrative Judge Memorandum and Order to U.S. District Court Judge Phillips" [Doc. 234], which relates to Memorandum and Order [Doc. 201];

(5) "Motion of Objection and Appeal of Dockets #32, #190, #192, Deny by Magistrative Judge, and Appeal to United States District Judge" [Doc. 236], which relates to Memorandum and Order [Doc. 198];

(6) "Motion of Objection to Appeal to Magistrative Judge Memorandum and Order, to U.S. District Judge" [Doc. 237], which relates to Memorandum and Order [Doc. 200];

(7) "Appeal to District Court Judge Varlin [sic], of Memorandum and Order of Magistrative Judge Shirley Deny of Stay Proceedings Pending Adjudicating by the Sixth Circuit Court of Appeals for Writ of Prohibition" [Doc. 270], which relates to Memorandum and Order [Doc. 261];

(8) "Appeal Magistrative Judge Shirley's Memorandum and Order Docket 264 to District Court Judge Varlan" [Doc. 278] and a supplement to this appeal [*see* Doc. 281], which relate to Memorandum and Order [Doc. 264] filed under seal;

(9) "Appeal Magistrative Judge Shirely [sic] Deny of Standby Counsel to District Court Judge Varlin [sic]" [Doc. 280], which relates to Memorandum and Order [Doc. 249]; and

(10) "Appeal Magistrative Judges Shirley Memorandum and Order Docket #272, to United States District Court Judge Varlan" [Doc. 282], which relates to Memorandum and Order [Doc. 272].

As required by 28 U.S.C. § 636(b)(1)(A), the Court has carefully considered the appeals and the entire record and concludes that the rulings at issue made by Magistrate Judge Shirley in various Memorandum and Orders [Docs. 189, 198, 199, 200, 201, 249, 261, 264, 272] are neither clearly erroneous nor contrary to law. Accordingly, defendant's appeals [Docs. 211, 214, 233, 234, 236, 237, 270, 278, 280, 281, 282] are hereby **OVERRULED**. To the extent that defendant requests a hearing on any of these matters, such a request is hereby **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan<br>
UNITED STATES DISTRICT JUDGE