UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MAURICE E. HUGHLEY, )<br>)<br>Defendant. ) | No.: 3:03-CR-29<br>(VARLAN/SHIRLEY) |

## ORDER

This criminal case is before the Court for consideration of the Report and Recommendation (the "R&R") entered by United States Magistrate Judge C. Clifford Shirley on December 10, 2009 [Doc. 404]. Magistrate Judge Shirley recommended that the Court deny defendant's *pro se* Motion for Reconsideration [Doc. 395], and recommended that the Court deny defendant's *pro se* Motion for Miscellaneous Relief [Doc. 396]. Defendant has also filed several additional documents [Docs. 397-401], styled as both letters and "notices," that relate to or purport to support defendant's Motion for Miscellaneous Relief. Magistrate Judge Shirley recommended that the Court take no action on these documents as they are nonsensical and the arguments within are indecipherable or frivolous. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 51.

After careful consideration, the Court is in agreement with Magistrate Judge Shirley's recommendations, which the Court hereby adopts and incorporates into its ruling. Accordingly, defendant's *pro se* Motion for Reconsideration [Doc. 395] is **DENIED**, and defendant's *pro se* Motion for Miscellaneous Relief [Doc. 396] is also **DENIED**. In addition, the additional documents [Docs. 397-401] styled as letters and "notices" are nonsensical and any arguments presented therein are indecipherable or frivolous. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 404].

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE