UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:03-CR-29 |
| | ) | | (VARLAN/SHIRLEY) |
| MAURICE E. HUGHLEY, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## ORDER

This criminal case is before the Court for consideration of the Report and Recommendation entered by United States Magistrate Judge C. Clifford Shirley, Jr., on January 27, 2012 (the "R&R") [Doc. 443]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Fed. R. Crim. P. 51. In the R&R, Magistrate Judge Shirley recommends that the defendant's motion to appeal the district court's denial of his motion for writ of habeas corpus ad subjiciendum [Doc. 441] be denied.

After a careful review of the R&R, the Court is in agreement with Magistrate Judge Shirley's recommendation, which the Court hereby adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 443], and the defendant's

motion to appeal the district court's denial of his motion for writ of habeas corpus ad subjiciendum [Doc. 441] is **DENIED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan  
UNITED STATES DISTRICT JUDGE